*Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 944, Misc. MOTTRAM *v.* ROBBINS, WARDEN. C. A. 1st Cir. Petitioner *pro se. James S. Erwin,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 1007, Misc. STUBBS *v.* CROUSE, WARDEN. C. A. 10th Cir. Petitioner *pro se. Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 1011, Misc. GILBERT *v.* UNITED STATES. C. A. 9th Cir. *James F. Kirkham* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1015, Misc. WINGFIELD *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1117, Misc. POSLEY *v.* ILLINOIS. Sup. Ct. Ill. *Gerald W. Getty* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1194, Misc. FERGUSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1195, Misc. LABLANC *v.* COLORADO. Sup. Ct. Colo. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Robert C. Miller,* Assistant Attorney Gen-

eral, for respondent.

No. 1219, Misc. HATCH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept.

No. 1229, Misc. HERRING *v.* NEW MEXICO. Sup. Ct. N. M.

No. 1254, Misc. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 1281, Misc. MONROE *v.* MICHIGAN. Sup. Ct. Mich. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Curtis G. Beck,* Assistant Attorney General, for respondent.

No. 1285, Misc. BONNER *v.* MINNESOTA. Sup. Ct. Minn. Petitioner *pro se. Douglas M. Head,* Attorney General of Minnesota, and *Gerard W. Snell,* Acting Solicitor General, for respondent.

No. 1633, Misc. LUXEM *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist.

No. 1674, Misc. HENSLEY ET AL. *v.* UNITED STATES. C. A. 6th Cir. *I. Philip Sipser, Paul O'Dwyer* and *Dan Jack Combs* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1709, Misc. TALBOT *v.* CALIFORNIA. Sup. Ct. Cal.

No. 1743, Misc. JOHNSON *v.* LOUISIANA. Sup. Ct. La. *Benjamin E. Smith* for petitioner.

No. 1747, Misc. RHETTA *v.* FIELD, MENS COLONY SUPERINTENDENT. Ct. App. Cal., 2d App. Dist.